## JUNE 29, 2000

No. 98–1658.  HELMS, INDIVIDUALLY, AND AS NEXT FRIEND OF HELMS, A MINOR, ET AL. *v.* PICARD, SUPERINTENDENT OF LOUISI-ANA PUBLIC EDUCATION, ET AL.; and

No. 98–1671. PICARD, SUPERINTENDENT OF LOUISIANA PUBLIC EDUCATION, ET AL. *v.* HELMS ET AL. C. A. 5th Cir. The Court reversed the judgment below in *Mitchell* v. *Helms, ante,* p. 793. Therefore, certiorari granted, and cases remanded for further proceedings. Reported below: 151 F. 3d 347 and 165 F. 3d 311.